FJN:NDB
F. #2025R00004/NY-NYE-991

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

      - against -

EDDI CALDERON CIFUENTES,

      Defendant.

- - - - - - - - - - - - - - - - -X

ELEMENTS SHEET

25 CR 122 (OEM)

      The defendant EDDI CALDERON CIFUENTES has agreed to plead guilty to Count One of the above-captions indictment, charging a violation of 21 U.S.C. §§ 846, 841(b)(1)(A)(II)(ii) and 841(b)(1)(B)(i).  The government respectfully submits this elements sheet to advise the Court of the elements of that offense, which are as follows:

      <u>First</u>, that on or about the dates specified in the charging instrument, the defendant, together with at least one other person, knowingly and intentionally agreed to distribute a controlled substance or possess a controlled substance with the intent to distribute it;

      <u>Second</u>, that the defendant knowingly and intentionally became a member of the conspiracy; and

      <u>Third</u>, that the conspiracy was responsible for controlled substances containing at least (a) five kilograms of cocaine, and (b) 100 grams of heroin, which quantities were

reasonably foreseeable to the defendant as a result of his own conduct or the conduct of other conspirators.

Dated: Brooklyn, New York
July 29, 2025

                                    JOSEPH NOCELLA, JR.
                                    United States Attorney
                                    Eastern District of New York

By:     /s/_____
        Nomi D. Berenson
        Assistant United States Attorney

cc:     Clerk of Court (OEM) (by ECF)
       Counsel of Record (by ECF)